United States Bankruptcy Court
Eastern District of New York

In re: Case No. 20-44158-jmm
Racine Berkow Associates, Inc. Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 3
Date Rcvd: Apr 27, 2021      Form ID: pdf002      Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Racine Berkow Associates, Inc., 909 Third Ave, New York, NY 10150-2000 |
| aty | + | Rosen & Kantrow, PLLC, 38 New Street, Huntington, NY 11743-3463 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| cr | + | Better Housing Co., LLC, Crest Housing Co., LLC an, c/o Borah, Goldstein, Altschuler, Nahins, 377 Broadway, 6th Floor, 377 Broadway, 6th Floor NEW YORK, NY 10013-3907 |
| 9914122 | + | Arnoff Moving & Storage, 1282 Dutchess Turnpike, Poughkeepsie, NY 12603-1194 |
| 9914123 | + | Art Works Fine Art Serv, Po Box 20306, Portland, OR 97294-0306 |
| 9914124 | + | Artworks San Diego, 8835 Balboa Ave. Unit C, San Diego, CA 92123-1590 |
| 9914125 | + | Atelier, Po Box 56316, Philadelphia, PA 19130-6316 |
| 9919310 | + | Better Housing Co., LLC, Crest Housing Co., LLC, HPA Holding Co., LLC, c/o Borah, Goldstein, Altschuler, et al, 377 Broadway New York, New York 10013-3907 |
| 9914126 | + | Bohren's Moving & Storage, 3 Applegate Drive South, Trenton, NJ 08691-2341 |
| 9914127 | + | Bonsai, 509 Mccormick Dr., Glrn Burnie, MD 21061-8201 |
| 9914128 | + | Cadogan Tate, 301 Norman Ave, Brooklyn, NY 11222-3705 |
| 9914132 | | Con Edison, Jaf Station, New York, NY 10116 |
| 9924998 | + | Consolidated Edison Company of New York, Inc., 4 Irving Place, Room 18 Floor, New York, New York 10003-3502, Attn: Bankruptcy Group |
| 9914133 | + | Cookes Crating, Pob 2064, Pasedena, CA 91199-0001 |
| 9914134 | | Cordova Plaza, An #445-B, Mexico D.f., Mexico, WY 08400 |
| 9914135 | | Crown Fine Art, 345 Southbury Rd Einfield, Middlesex, United Kingdom En1 1Tw, WY |
| 9914136 | + | Crozier, 525 West 20Th St., New York, NY 10011-2890 |
| 9914137 | | Crozier Schweiz Ag, Steinackerstrasse 47, Ch-8302, Kloten Switzerland |
| 9914138 | + | Deluxe, Pob 4056, Carol Stream, IL 60197-4056 |
| 9914139 | | Dhl Forwarding, Global Fwd Bldg. 89, Jfk International Airport, Jamaica, NY 11430 |
| 9914140 | | Dhl Global Fwd Norway, Sven Oftedals Vei, 10N -0950 Oslo, Norway |
| 9914142 | + | Fed Ex, Pob 371461, Pittsburgh, PA 15250-7461 |
| 9932081 | + | FedEx Corporate Services, Inc., 3965 Airways Blvd G3, Memphis, TN 38116-5017 |
| 9914143 | + | Firm Technology Partners, 130 Shore Rd., Suite 164, Port Washington, NY 11050-2205 |
| 9914144 | + | Gander & White, 2206 Mercer Ave., West Palm Beach, FL 33401-6872 |
| 9914145 | | Globus Israel, 7 Habosem St, PO Box 12130, Ashdod Israel 77610 |
| 9914146 | | Keenan Cohen, 125 Coulter Ave, Ste 1000, Bryn Athyn, PA 19009 |
| 9914147 | | Kraft E.L.S. AG, Florezne Strasse 5-9, CH-4142, Munchestein Germany |
| 9914148 | | Loomis Artcare, Steinackerstrasse 47, Ch-8302 Kloten, Switzerland |
| 9914149 | | Lp Art, 45 Rue De Charbol, B.p. 70, 75462 Paris Cedex 10, France |
| 9914150 | | Martinspeed, Albert Yard 7, Glasshouse Walk, London Se11 5Es, United Kingdom, WY |
| 9914152 | | Michelle Int Transport, 16-17, 2/f M.p. Industrial Centr, 18 Kai Yip St. Chai Wan, Hong Kong |
| 9914153 | + | Millenium Software, 1354 Port Waschingto Blvd, Port Washington, NY 11051-0001 |
| 9914154 | | Mtab, Ranhammarsvagen 26 Bromma, Stockholm, Sweden |
| 9914155 | + | Museum Services Inc., 2921 Como Ave. Se, Minneapolis, MN 55414-2803 |
| 9914156 | | Pacart, Camforth Rd., Toronto, Ontario, M4A 2Ky Canada |
| 9914157 | + | Point Hunter Realty, 32 Court St. Ph, Brooklyn, NY 11201-4408 |
| 9914158 | + | Point Hunter Realty, 32 Court Street, Penthouse, Brooklyn, NY 11201-4408 |
| 9914159 | + | Racine Berkow, 909 Third Ave, #865, New York, NY 10150-2027 |
| 9914160 | + | Racine Berkow, 415 East 52Nd St., New York, NY 10022-6424 |
| 9914162 | + | Richard Wright, 124 Turnpike St., West Bridgewater, MA 02379-1046 |
| 9914163 | + | Ryder, PO BOx 96723, Chicago, IL 60693-6723 |
| 9914164 | | Safety Packing, Sfl-15 No. San Min Rd., Taipei, Taiwan |

| District/off: 0207-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: pdf002 | Total Noticed: 62 |

| | | |
|---|---|---|
| 9914165 | + | Seaview Air Conditioning, 10- 59 50Th Ave., Long Island City, NY 11101-5980 |
| 9914166 | + | Selip & Stylianou, Llp, 199 Crossways Park Drive, Po Box 9004, Woodbury, NY 11797-9004 |
| 9914167 | + | Shipart/terry Dowd, Pob 111045, Aurora, CA 80042-1045 |
| 9914168 | + | Spectrum, Po Box 7186, Pasadena, CA 91109-7186 |
| 9914169 | + | Standard Pest Control, 25-80 Steinway St., Long Island City, NY 11103-3708 |
| 9914170 | + | The Owens Logistics Group, C/o Orange Commercial, Po Box 11099, Olympia, WA 98508-1099 |
| 9914171 | + | Transcon International, 234 Rider Ave., Bronx, NY 10451-6427 |
| 9914172 | + | US SBA, Pob 3918, Portland, OR 97208-3918 |
| 9914174 | + | Vertex Security, 400 2Nd Ave., New York, NY 10010-4010 |
| 9914175 | + | Walsh & Gaertner, 24 East Fourt St, Saint Paul, MN 55102 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 27 2021 18:20:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Apr 27 2021 18:20:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| 9914129 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 27 2021 18:21:39 | Captial One, Capital One Services, Llc, Pob 85619, Richmond, VA 23285-5619 |
| 9914130 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 27 2021 18:21:26 | Chase Business Line, Po box 6026, Chicago, IL 60680 |
| 9914131 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 27 2021 18:21:49 | Chase Ink, Po Box 1423, Charlotte, NC 28201 |
| 9914151 | + | Email/Text: bknotices@mbandw.com | Apr 27 2021 18:20:00 | McCarthy, Burgess, 26000 Cannon Rd, Bedford, OH 44146-1807 |
| 9914173 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 27 2021 18:19:00 | Verizon, Pob 15124, Albany, NY 12212-5124 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9914141 | | Esi Fine Art, 2 RUE de L'Industrie, St Denis, Framce |
| 9914161 | *+ | Racine Berkow, 415 East 52Nd St., New York, NY 10022-6424 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021                    Signature:        /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf002 | Total Noticed: 62 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Alex E. Tsionis
on behalf of Trustee David J. Doyaga atsionis@ajrlawny.com
arosen@ajrlawny.com;ddobbin@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com

David J. Doyaga
on behalf of Trustee David J. Doyaga david.doyaga.sr@gmail.com NY98@ecfcbis.com,theresa@doyagalawfirm.com

David J. Doyaga
david.doyaga.sr@gmail.com NY98@ecfcbis.com,theresa@doyagalawfirm.com

James H Shenwick
on behalf of Debtor Racine Berkow Associates Inc. jshenwick@gmail.com, shenwickjr92650@notify.bestcase.com

Jeffrey C Chancas
on behalf of Creditor Better Housing Co. LLC, Crest Housing Co., LLC and HPA Holding Co., LLC
jchancas@borahgoldstein.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:
        RACINE BERKOW ASSOCIATES, INC.          Case No.  120-44158

                 Debtor(s).

                                                                           Chapter 7

----------------------------------------------------------------x

### NOTICE OF SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the initial Section 341 meeting of creditors for the above-captioned case, scheduled as an in-person meeting for 05/14/21  at 08:30am will now be reset as a telephonic meeting and conducted by **telephone conference** on 05/14/21 at 08:30am (the Designated Meeting Time).

All parties shall appear by phone at the section 341 in accordance with the instructions below.

**Call In Information**

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No: **877-915-3909**, and

when prompted enter the Participant Code: **9265627** followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

**Instructions for Testifying Debtors and Counsel**

No later than one day prior to the Designated Meeting time, the debtor and/or their counsel are required to email the trustees with an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number (Identification Documents) A copy of the Debtor's identification and proof of social security number must be provided to the trustee via a secure method, i.e., portal, encrypted email, etc. Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.

Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the trustee immediately following the meeting (attachment #1).

Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number. In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the trustee will administer the oath telephonically at the commencement of the 341 meeting (attachment #2).

Dated: April 20, 2021                                         Chapter 7 Trustee
                                                             /s/ David J. Doyaga, Sr.
                                                            David J. Doyaga, Sr.
                                                           26 Court Street, Suite 1601
                                                           Brooklyn, NY 11242
                                                           (718) 488-7500